# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---

| | |
|---|---|
| SHIVA STEIN, : | |
| : | |
| Plaintiff, : | Case No. 1:20-cv-01539-RGA |
| : | |
| v. : | |
| : | |
| DUNKIN' BRANDS GROUP, INC., NIGEL : | |
| TRAVIS, DAVE HOFFMAN, RAUL : | |
| ALVAREZ, LINDA BOFF, IRENE CHANG : | |
| BRITT, ANTHONY DINOVI, MICHAEL : | |
| HINES, MARK NUNNELLY, CARL : | |
| SPARKS, and ROLAND SMITH, : | |
| : | |
| Defendants. : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  January 4, 2021                             **RIGRODSKY & LONG, P.A.**

By:  */s/ Gina M. Serra*
   Seth D. Rigrodsky (#3147)
   Brian D. Long (#4347)
   Gina M. Serra (#5387)
   300 Delaware Avenue, Suite 210
   Wilmington, DE 19801
   Telephone: (302) 295-5310
   Facsimile: (302) 654-7530
   Email: sdr@rl-legal.com
   Email: bdl@rl-legal.com
   Email: gms@rl-legal.com

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

*Attorneys for Plaintiff*